IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE VAN HUNG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIBBY SCHAAF, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01436-CRB<br><br>**ORDER CLARIFYING PRELIMINARY INJUNCTION** |

　　　The Court granted Plaintiffs' motion for temporary restraining order on March 19, 2019. Dkt. 18. The March 19, 2019 Order enjoined the City of Oakland ("City") from vacating the homeless encampment at Union Point Park pending a hearing on Plaintiffs' motion for preliminary injunction. Dkt. 18 at 2; Dkt. 33. The Court then issued a Preliminary Injunction, in which the Court concluded that Plaintiffs had shown a likelihood of success on the merits that if the City behaved as alleged in the Complaint by failing to comply with its stated policies for the closure of homeless encampments, see Dunlap Dec'l Exhs. A, B (Dkt. 31-2), then that non-compliant conduct would run afoul of the Fourteenth Amendment. See Order Granting Preliminary Injunction at 8-11 (Dkt. 46). The Court thus granted the Preliminary Injunction and referred the matter for settlement. Id. at 12. The Court then further ordered that after the parties had concluded their settlement negotiations, "the City may clean and clear the park, provided that it fully complies with its stated policies, including but not limited to providing a new Notice to Vacate at least 72 hours in advance, offering shelter beds residents to be evicted, providing notice and storage of any property collected in the clean and clear, and otherwise adhering to the City's policies, set out in Exhibits A and B to the Dunlap Declaration (dkt. 31-2), as

well as all representations made in its filings and at the April 19, 2019 hearing on this Motion." Id. at 12-13.

The parties then appeared before the Court for a case management conference on August 2, 2019. Minute Entry (Dkt. 61). The parties informed the Court that settlement proceedings had concluded. Id.; Joint Status Report (Dkt. 62); see also Dkts. 48, 51, 52, 56, 57. At that hearing, the City informed the Court of its intent to clean and clear the park, in full compliance with its stated policies. Sees Minute Entry; Status Report.

To avoid any risk of confusion, the Court now clarifies as follows: As the Court stated at the August 2, 2019 conference, the Preliminary Injunction permits the City to "clean and clear the park, provided that it fully complies with its stated policies, the encampment" and the representations made to this Court in writing and at the hearing on April 19, 2019. Order Granting Preliminary Injunction at 12-13; April 19, 2019 Minute Entry. So, because the parties have concluded their settlement negotiations, see Status Report, the City may now clean and clear the park without running afoul of this Court's Order Granting Preliminary Injunction, provided that the City complies with its stated policies and the representations made to this Court. See generally Order Granting Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: August 19, 2019

_____
CHARLES R. BREYER
United States District Judge